# CRIMINAL GUIDELINES SENTENCING MINUTES

Date: 11-13-09

Judge: Lee
Reporter: Wilson
Start: 9:52
End: 10:45

UNITED STATES OF AMERICA
VS.

Case Number: 1:09cr206

Defendant: Dinorah Cobos

Counsel/Government: ~~Fimula Kelleher/~~ Mark Pletcher / Mr. Hanly

Counsel/Defendant: Roscoe Howard / Kelly Morig

Portion of Hrg. held @ Bench under seal.

Court adopts PSI ___ without exceptions ___ with exceptions: USA has moved for 5-level departure for acceptance + off. level 20. △ requests a variance sentence. Court determined that C's involvement was not as extensive as sister. Considered cooperation + family background

Offense Level: ___ Gov't requests: 20
Criminal History: ___
Court departs from Guidelines pursuant to:
Imprisonment Range: ___ to ___ 33-41
___ USSG 5H1.4
Supervised Release Range: ___ to ___
___ USSG 5K1.1
Fine Range: X None 7,500 - 75,000
___ USSG 5K2.12
Special Assessment $ 200 total
___ USSG 5C1.2
Restitution $ 110,000   475,000   110,000
___ Other:___

US Army Corps of Engineers per
BOP for 2 yrs. (24 mos) concurrently SSG has agreed to pay 140,000
___ months Probation for ___ months approx. 200,000 remaining
Supervised Release for 3 years on both charges

## SPECIAL CONDITIONS:

___ Dft. to remain drug free, submit to In/Out patient testing as directed.
___ Dft. must participate in ___ counseling as directed.
___ No new credit
✓ Access to all financial records.
___ Dft. must notify employer
✓ Dft. must pay restitution in monthly install. of $ 100 to begin 60 days after release from custody. until pd. in full
✓ Drug testing waived @ P.O.'s request
___ Home confinement for the first ___ months to only leave the home for employment, attend medical needs, meet with attorneys, probation officer, or to attend any religious services.
___ Dft. must fully cooperate w/INS in any deportation proceedings; may not re-enter w/o perm.
✓ Lottery winnings
   Notify future employers, if directed by P.O.

## RECOMMENDATIONS TO BOP:

✓ Dft. designated to facility Brian Texas
___ Dft. designated to facility to receive intensive drug treatments.
___ Dft. designated to facility to participate in ICC (Boot Camp) type program
___ Dft. to participate in 500 hrs Intensive Drug Treatment Program
___ Dft. designated to minimum level security facility

Defendant ___ Remanded ✓ Cont'd on Bond to Self-Surrender as directed by USMS
___ to be Deported Immediately

Restitution Jgmt.